NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000166
16-FEB-2018
12:09 PM**

NO. CAAP-15-0000166

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HAWAII STATE TEACHERS ASSOCIATION,
Respondent-Appellant-Appellant, v.
THE EDUCATIONAL LABORATORY: A HAWAII NEW CENTURY PUBLIC
CHARTER SCHOOL ("ULS") LOCAL SCHOOL BOARD ("LSB"),
Complainant-Appellee-Appellee and
HAWAII LABOR RELATIONS BOARD; JAMES B. NICHOLSON;
SESNITA A.D. MOEPONO; and ROCK B. LEY, (2011-010),
Agency-Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-0967-04)

ORDER OF CORRECTION
(By: Leonard, J., for the court)[1]

IT IS HEREBY ORDERED that the Summary Disposition Order
filed on February 16, 2018, is corrected by replacing the word
"and" with "v." in the case caption on page 1 at line 5 from the
top so that as corrected, the text reads: "Respondent-Appellant-
Appellant, v.".

The clerk of the court is directed to take all
necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, February 16, 2018.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge, Leonard and Reifurth, JJ.